**SENSORMATIC ELECTRONICS CORPORATION, Plaintiff–Appellant,**

v.

**WG SECURITY PRODUCTS, INC. and EAS Sensorsense, Inc., Defendants–Appellees.**

No. 2009–1583.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2010.

---

Donald R. Dunner, Finnegan Henderson Farabow Garrett & Dunner, LLP, of Washington, DC, argued for plaintiff-appellants. With him on the brief was Andrew J. Vance. Of counsel was Erik R. Puknys, of Palo Alto, CA.

Robert R. Waters, Waters Law Group, PLLC, of Louisville, KY, argued for defendants-appellees. With him on the brief was Enrico A. Mazzoli.

BRYSON, PLAGER, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**